**No. 59999.**—W. X. Huber Co. *v.* United States, protest 56751–K (B) (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent the the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60000.**—S. J. Charia & Co. *v.* United States, protest 258963–K/14298 (New Orleans).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc. Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.